**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-6878**

———————

OSCAR ORLANDO BARRERA-PINEDA,

　　　　　　　Petitioner - Appellant,

　　　　v.

D. LEU, Warden of Petersburg,

　　　　　　　Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:22-cv-00411-MSD-DEM)

———————

Submitted:  October 22, 2024　　　　　　　　　Decided:  October 24, 2024

———————

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Oscar Orlando Barrera-Pineda, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oscar Orlando Barrera-Pineda, a federal inmate, appeals the district court's order dismissing his 28 U.S.C. § 2241 petition. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). The magistrate judge recommended dismissing the petition for lack of jurisdiction and advised Oscar Orlando Barrera-Pineda that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017); *Wright v. Collins*, 766 F.2d 841, 846-47 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985). Barrera-Pineda has forfeited appellate review by failing to file objections to the magistrate judge's recommendation after receiving proper notice. We therefore affirm the district court's order dismissing the § 2241 petition. We have further reviewed the district court's subsequent order denying Barrera-Pineda's motion for reconsideration and discern no error. Accordingly, we affirm the order and deny Barrera-Pineda's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*